UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DYER,<br>Plaintiff,<br>v.<br>BOSTON MEDICAL CENTER et al.,<br>Defendants. | Civil Action No. 24-CV-13173-AK |

**MEMORANDUM AND ORDER ON PLAINTIFF'S MOTION TO DOCKET DEFENDANT'S ADDRESSES**

**KELLEY, D.J.**

Upon review of Plaintiff's Motion to Enter into Court Docket Plaintiff's [sic] Defendants Addresses [Dkt. 93], the Motion is **DENIED**, however the Court hereby states:

1. Plaintiff is responsible for ensuring that all the defendants named in the Amended Complaint [Dkt. 72] are served with a summons, Amended Complaint, and a copy of this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure within 21 days of this Order.

2. Under the Federal Rules of Civil Procedure, any person over the age of 18 and is **NOT** a party to the case may effect service. Fed. R. Civ. P. 4(c)(2). Plaintiff is responsible for furnishing the person who makes service with all copies necessary to serve each defendant, including the summons, the Amended Complaint, and this Order. See Fed. R. Civ. P. 4(c)(1).

3. Because Plaintiff is proceeding in forma pauperis, he may also ask the U.S. Marshals ("USMS") to complete service with all costs of service to be advanced by the United States. Fed. R. Civ. P. 4(c)(3).

4. If Plaintiff elects to have the USMS complete service, he must provide the USMS with one copy of this Order for its records and, for each defendant, a completed USM-285 form

and a complete set of service papers. The USMS will not make copies for Plaintiff. Plaintiff must organize the papers by defendant and must not staple any documents together.

5. Plaintiff must submit papers to the USMS or other individual completing service well before the service deadline.

6. Individuals do not have to be served at their home addresses. An individual may be served by (1) in-hand delivery of the summons and amended complaint to the individual personally; (2) "leaving a copy" of the summons and amended complaint "at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there" or (3) in-hand delivery of the summons and amended complaint "to an agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

7. The Clerk shall provide Plaintiff with:

a. one copy of the Amended Complaint, from which Plaintiff must make a copy for each defendant;

b. a summons for each defendant, on which Plaintiff must fill in that defendant's name;

c. a USM-285 form for each defendant;

d. instructions for service by the USMS; and

e. copies of Federal Rule of Civil Procedure 4 and Local Rule 4.1.

For the foregoing reasons, Plaintiff's Motion to Enter into Court Docket Plaintiff's [sic] Defendants Addresses [Dkt. 93], is **DENIED,** Plaintiff is responsible for ensuring that all the defendants named in the Amended Complaint [Dkt. 72] are served with a summons, Amended Complaint, and a copy of this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure within 21 days of this Order, by November 20, 2026**.**

**SO ORDERED.**

Dated: October 30, 2026

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge